UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

U2 HOME ENTERTAINMENT, INC.,

                Plaintiff,

                                      ORDER
-against-                            04 CV 4397 (ILG) (RLM)

RONG XIN INC.,

                Defendant.

-----------------------------------------------------------x

GLASSER, United States District Judge:

An oral Report and Recommendation of Magistrate Judge Mann, on March 23, 2005, recommends that the defendant's answer be stricken, default judgment be entered against the defendant, defendant's counterclaim be dismissed with prejudice and objections, if any, must be filed and served by April 4, 2005, and that failure to do so would be regarded as a waiver of their right to appeal. As of this date, no objection has been filed.

Said Report and Recommendation is hereby adopted in it's entirety and the matter is referred to Magistrate Judge Mann for damages.

The Clerk of Court is directed to enter judgment against the defendant accordingly.

SO ORDERED.

Dated:    Brooklyn, New York
             July 11, 2005

                                                    S/_____
                                                    I. Leo Glasser

Copies of the foregoing order were sent to:

The Honorable Roanne L. Mann
United States Magistrate Judge

Harvey Shapiro, Esq.
Sargoy Stein Rosen & Shapiro
1790 Broadway, 19th Floor
New York, NY 10019

Harold W. Suckenik, Esq.
Wu & Kao, PLLC
747 Third Avenue, 22nd Floor
New York, NY 10017