UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
U2 HOME ENTERTAINMENT, INC.,

                Plaintiff,

                                                  ORDER

   -against-                                          04 CV 4397 (ILG) (RLM)

RONG XIN INC.,

                Defendant.
---------------------------------------------------------x
GLASSER, United States District Judge:

Following the entry of default judgment, the matter was referred to Magistrate Judge Mann for a Report and Recommendation regarding the amount of damages and attorney's fees to be awarded plaintiff. That Report and Recommendation, dated February 3rd, 2006, advised the defendant that objections to it, if any, were to be filed and served within 10 days of receipt, and that failure to do so may be regarded as a waiver of the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that statutory damages in the amount of $10,500, attorney's fees in the amount of $12,184.28, and costs in the amount of $1,495.85 be awarded in favor of the plaintiff and against the defendants.

Defendant is hereby enjoined from infringing plaintiff's copyrights and trademarks in the future.

SO ORDERED.

Dated:   Brooklyn, New York
         February 22, 2006

                                        S/
                                        I. Leo Glasser